UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPASS, INC.<br><br>  Plaintiff<br><br>  -  Against –<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>  Defendants | Case No. 1:20-cv-00458-EGS<br><br>PLAINTIFF AND PLAINTIFF'S COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE |

    Counsel for plaintiff responds to the Order to Show Cause why he and the plaintiff should not be held in contempt by, at the outset, apologizing to the Court for his unintentional disregard of its order of February 27, 2020. As an explanation, not an excuse, plaintiff's counsel notes from his records that it appears that he received 494 emails on February 27, 2020, which apparently contributed to his failure to take note of the one from the Court containing its order directing plaintiff to comply with FRCP 7.1 and LCvR 26.1. Needless to say, plaintiff's counsel normally pays meticulously close attention to all emails from the Court, the subject line of which is appropriately conspicuous. Unfortunately, on this occasion counsel inexplicably overlooked this email.

    Nevertheless, counsel is (now) aware, after having been educated by the Court, that under both the local and federal rules he was required to file the required disclosure statements with the complaint and, therefore, shouldn't have required an order from the Court to do his duty to begin with.

    In any event, inasmuch as the required statements have now been filed, the plaintiff and plaintiff's counsel hope and trust that the Order to Show Cause can be dismissed.

    Respectfully submitted this 29th day of May, 2020.

1

*s/Michael E. Piston*
Michael E. Piston (MI 002)
Attorney for the Plaintiff
225 Broadway, Ste 307
New York, NY 10007
646-845-9895